Name, Address, Telephone No. & I.D. No.

Mario G. Rodriguez
891 Ash Ave Chula Vista CA
91910
619-852-8630

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Mario G. Rodriguez

Debtor.

FILED RP

2011 MAY 17 PM 12:58

CLERK
U.S. BANKRUPTCY CT.
SO DIST. OF CALIF.

BANKRUPTCY NO.

11-08146

# APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE
## FOR INDIVIDUALS WHO CANNOT PAY THE FILING FEE
## IN FULL OR IN INSTALLMENTS

**Part A. Family Size and Income**

1. Including yourself, your spouse, and dependents you have listed or will list on Schedule I (Current Income of Individual Debtor(s)), how many people are in your family? (Do not include your spouse if you are separated AND are not filing a joint petition). __1__

2. Restate the following information that you provided, or will provide, on Line 16 of Schedule I. Attach a completed copy of Schedule I, if it is available.

   Total Combined Monthly Income (Line 16 of Schedule I):   $ __0.00__

3. State the monthly net income, if any, of dependents included in Question 1 above. Do not include any income already reported in Item 2. If none, enter $0.
   $ __0.00__

4. Add the "Total Combined Monthly Income" reported in Question 2 to your dependents' monthly net income from Question 3.
   $ __0.00__

5. Do you expect the amount in Question 4 to increase or decrease by more than 10% during the next 6 months?

   Yes _____   No __X__

   If yes, explain.

**Part B: Monthly Expenses**

6. EITHER (a) attach a completed copy of Schedule J (Schedule of Monthly Expenses), and state your total monthly expenses reported on Line 18 of that Schedule, OR (b) if you have not yet completed Schedule J, provide an estimate of your total monthly expenses.
   $ _____

7. Do you expect the amount in Question 6 to increase or decrease by more than 10% during the next 6 months?

   Yes _____   No __X__

   If yes, explain.

CSD 1020           **SUBMIT WITH ORDER ON DEBTOR'S APPLICATION (CSD 1021)**

**Part C. Real and Personal Property**

EITHER (1) attach completed copies of Schedule A (Real Property) and Schedule B (Personal Property), OR (2) if you have not yet completed those schedules, answer the following questions.

8. State the amount of cash you have on hand: $ 50.00

9. State below any money you have in savings, checking, or other accounts in a bank or other financial institution.

| Bank or Other Financial Institution | Type of Account such as savings, checking, CD: | Amount: |
|---|---|---|
| Wells Fargo | Checking | $ 100.00 |
|  |  | $ |

10. State below the assets owned by you. **Do not list ordinary household furnishings and clothing.**

|  | Address: |  |  |
|---|---|---|---|
| Home |  | Value: | $ |
|  |  | Amount owed on mortgage and liens: | $ |
|  | Address: |  |  |
| Other real estate |  | Value: | $ |
|  |  | Amount owed on mortgage and liens: | $ |
| Motor vehicle | Model/Year: | Value: | $ |
|  |  | Amount Owed: | $ |
| Motor vehicle | Model/Year: | Value: | $ |
|  |  | Amount Owed: | $ |
| Other | Description | Value: | $ |
|  |  | Amount Owed: | $ |

11. State below any person, business, organization, or governmental unit that owes you money and the amount that is owed.

Name of Person, Business or Organization that Owes You Money        Amount Owed

_____        $_____

_____        $_____

**Part D. Additional Information**

12. Have you paid an **attorney** any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?

    Yes _____     No __X__

    If yes, how much have you paid?   $ _____

13. Have you promised to pay or do you anticipate paying an **attorney** in connection with your bankruptcy case?

    Yes _____     No __X__

    If yes, how much have you promised to pay or do you anticipate paying?    $_____

CSD 1020

14. Have you paid **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?

    Yes _____    No __X__

    If yes, how much have you paid?    $_____

15. Have you promised to pay or do you anticipate paying **anyone other than an attorney** (such as a bankruptcy petition preparer, paralegal, typing service, or another person) any money for services in connection with this case, including the completion of this form, the bankruptcy petition, or schedules?

    Yes _____    No __X__

    If yes, how much have you promised to pay or do you anticipate paying?    $_____

16. Has anyone paid an attorney or other person or service in connection with this case, on your behalf?

    Yes _____    No __X__

    If yes, explain.

17. Have you previously filed for bankruptcy relief during the past eight years?    Yes ____    No _X_

| Case Number (if known) | Year filed | Location of filing | Did you obtain a discharge? (if known) | | |
|---|---|---|---|---|---|
| | | | Yes ____ | No ____ | Don't know ____ |
| | | | Yes ____ | No ____ | Don't know ____ |

18. Please provide any other information that helps to explain why you are unable to pay the filing fee in installments.

    I have just become able to work and am having trouble finding a job. My wife and I separated and left me with no money.

19. I (we) declare under penalty of perjury that I (we) cannot currently afford to pay the filing fee in full or in installments and that the foregoing information is true and correct.

    Dated: 5/12/11    Signed: _____
                              Signature of Debtor

    Dated: _____    Signed: _____
                              Signature of Co-debtor

CSD 1020