CSD 1023[Spanish] [07/26/10]

***TRIBUNAL DE QUIEBRAS DE LOS ESTADOS UNIDOS***

DISTRITO SUR DE CALIFORNIA

325 West F Street, San Diego, California 92101–6991

Los formularios del tribunal se encuentran disponibles en www.casb.uscourts.gov

---

***AVISO DEL TRIBUNAL***

*ATENCIÓN:*  A todos los deudores que no tengan la representación de un abogado.

**POR FAVOR TENGAN EN CUENTA:**  Que todos los procesos del Tribunal de Quiebras se llevan a cabo en inglés. Si usted no entiende o no habla inglés, deberá de proporcionar su propio intérprete.

CSD 1023 [Spanish]

CSD 1023 [07/26/10]

*UNITED STATES BANKRUPTCY COURT*

SOUTHERN DISTRICT OF CALIFORNIA

325 West F Street, San Diego, California 92101−6991

Court forms are available at www.casb.uscourts.gov

---

*COURT NOTICE*

*ATTENTION:*  Debtors not represented by an Attorney.

*PLEASE NOTE:*  All court proceedings in the Bankruptcy Court are conducted in English. If you cannot speak or understand English, you will need to provide your own interpreter.

CSD 1023

United States Bankruptcy Court
Southern District of California

In re:                                                              Case No. 11-08146-MM
Mario G Rodriguez                                                   Chapter 7
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0974-3          User: rpaluso            Page 1 of 1              Date Rcvd: May 17, 2011
                              Form ID: 1023            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
 db           +Mario G Rodriguez,    891 Ash Ave.,    Chula Vista, CA 91911-1104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                    **Signature:**    _Joseph Speetjens_