**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/10)      Case Number **11−08146−MM7**

### UNITED STATES BANKRUPTCY COURT
Southern District of California

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines
A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/17/11.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Mario G Rodriguez
aka Mario Giancarlo Rodriguez
891 Ash Ave.
Chula Vista, CA 91910

| Case Number:<br>11−08146−MM7 | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−0265 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Mario G Rodriguez<br>891 Ash Ave.<br>Chula Vista, CA 91910<br>Telephone number: 619−852−8630 | Bankruptcy Trustee (name and address):<br>Gerald H. Davis<br>P.O. Box 121111<br>San Diego, CA 92112−1111<br>Telephone number: (619) 400−9997 |

### Meeting of Creditors
Date: **June 16, 2011**      Time: **10:00 AM**
Location: **Office of the U.S. Trustee, 402 W. Broadway (use C St. Entrance), Suite 1360, Hearing Room A, San Diego, CA 92101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/15/11**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101−6991<br>Telephone number: 619−557−5620<br>Website: www.casb.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Barry K. Lander |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: 5/17/11 |

# EXPLANATIONS

FORM B9A (12/10)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

| United States Bankruptcy Court | Case Number |
|---|---|
| Southern District of California | 11−08146−MM7 |

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 5/17/11, the following person is named Interim Trustee of the estate of the debtor:

Gerald H. Davis
P.O. Box 121111
San Diego, CA 92112−1111

## TRUSTEE REQUIREMENTS

The Trustee requires that Debtor(s) show a government (picture) ID and evidence of their social security number at the 341(a) Creditor's Meeting.

Debtors are to provide the Trustee with written documentation supporting income earnings as set forth in Schedule I of the debtor's case within 14 days of the filing of the case. If documents are not provided, the Trustee may move for dismissal of the case without further notice to the Debtor or creditors. Alternatively, the Trustee may seek an extension of time to file to move for dismissal if the Trustee is investigating assets of the estate, without further notice to the Debtor or creditors.

**Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affairs. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances.** The Standing Administration Guidelines are available on the internet at:

http://www.casb.uscourts.gov/pdf/guidelines.pdf

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal will occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules, statements or other documents required by the Rules of Bankruptcy Procedure 1007 and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or creditors.

## NOTICE OF FILING OF FINANCIAL MANAGEMENT COURSE CERTIFICATE

Notice is given that this case will be closed with no discharge if the debtor(s) fail to file the required Financial Management Course Certificate within 60 days after the first date set for the meeting of creditors under §341.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 402 West Broadway, Suite 600, San Diego, CA 92101 and/or by calling 619−557−5013.

For the Court:

Barry K. Lander, Clerk
United States Bankruptcy Court
Dated: 5/17/11                                        Southern District of California

```
                           United States Bankruptcy Court
                           Southern District of California
In re:                                                        Case No. 11-08146-MM
Mario G Rodriguez                                             Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: rpaluso              Page 1 of 2              Date Rcvd: May 17, 2011
                              Form ID: b9a               Total Noticed: 54


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
db           +Mario G Rodriguez,    891 Ash Ave.,    Chula Vista, CA 91911-1104
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg           Dun & Bradstreet,    Attn: Lynne Roberts, 2nd Floor,    3501 Corporate Parkway,   PO Box 520,
               Center Valley, PA 18034-0520
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
12782998     +ACTION PROFESSIONALS,    591 12TH STREET,,    PASO ROBLES, CA 93446-2202
12782999     +ALLIED CREDIT COMPANIES,    4255 SE MILE HILL,,    PORT ORCHARD, WA 98366-3920
12783000     +ALLIED CREDIT/ALLIANCE,    717 CONSTITUTION DR,,    EXTON, PA 19341-1140
12783001     +AWA COLLECT,    P O BOX 6605,    ORANGE, CA 92863-6605
12783002     +AWA COLLECTIONS,    PO BOX 6605,,    ORANGE, CA 92863-6605
12783003      BENEFICIAL BEST BUY,    200 BENEFICIAL CTR,,    PEAPACK, NJ 07977
12783004     +CALIFORNIA BUSINESS BU,    4542 RUFFNER ST STE 160,,    SAN DIEGO, CA 92111-2238
12783006     +CITIBANK USA,    399 PARK AVE,    NEW YORK NY 10022-4699
12783007     +CMRE FINANCE,    3350 E. BIRCH ST.,    BREA CA 92821-6264
12783008     +CMRE FINANCIAL SVCS INC,    3075 E IMPERIAL HWY STE,,    BREA, CA 92821-6733
12783010     +FAMILY SUPPORT DIVISION,    330 W BROADWAY STE 700,    SAN DIEGO, CA 92101-3831
12783014     +GECS CARE CREDIT,    950 FORRER BLVD.,,    DAYTON OH 45420-1469
12783017     +GLOBAL PAYMENTS CHECK,    7050 UNION PARK CTR,,    MIDVALE, UT 84047-4169
12783023      INTERNAL REVENUE SERVICE CENTRALIZED INSOLVENCY OP,    PO BOX 21126,    PHILADELPHIA PA,19114-0326
12783025    ++MARLIN MEDCLR INOVISION,    507 PRUDENTIAL ROAD,    HORSHAM PA 19044-2308
             (address filed with court: NCO FIN/35,     PO BOX 41726,,    PHILADELPHIA, PA 19101)
12783024     +NATL CRDT CT,    3534 EMPLEO STREET STE #A,,    SAN LUIS OBISP, CA 93401-7333
12783026     +OBISPO FAMIL,    1201 PALM ST,,    SAN LUIS OBISP, CA 93401
12783027     +PORTFOLIO RECVRY&AFFIL,    120 CORPORATE BLVD STE 1,,    NORFOLK, VA 23502-4962
12783029     +RAN SAN THR,    1001 W SAN MARCOS,,    SAN MARCOS CA 92078-4012
12783030     +RANCHO SANTA FE T & L,    1001 W SAN MARCOS BLVD,    SAN MARCOS, CA 92078-4012
12783031     +RANCHO SANTA FE THRIFT,    1001 W SAN MARCOS BLVD #1,,    SAN MARCOS, CA 92078-4012
12783037     +SAN DIEGO COUNTY,    220 WEST BROADWAY,,    SAN DIEGO CA 92101-3886
12783032      SAN DIEGO COUNTY,    POB 1750,    SAN DIEGO, CA 92112
12783033     +SAN DIEGO COUNTY REC,    1600 PACIFIC HWY STE 260,,    SAN DIEGO, CA 92101-2400
12783034      SAN DIEGO CTY RECORDER,    1448 MONTECITO,,    RAMONA, CA 92065
12783035     +SAN DIEGO FE,    325 W. F STREET,,    SAN DIEGO CA 92101-6017
12783036      SAN LUIS OBISPO FAMILY,    1120 MILL STREET,    SAN LUIS OBISPO, CA 93401-2813
12783039     +THD/CBUSA,    PO BOX 6003,,    HAGERSTOWN, MD 21747-6003
12783040     +UNITED AUTO,    17752 SKY PARK CI,    IRVINE CA 92614-6419
12783042     +UNITED AUTO CREDIT CO,    17744 SKY PARK CIR,,    IRVINE, CA 92614-6421
12783041     +UNITED AUTO CREDIT COMPANY,    PO BOX 14217,,    IRVINE CA 92623-4217
12783043     +US BKPT CT CA SAN DIEGO,    940 FRONT ST RM 5N26,,    SAN DIEGO, CA 92101-8971
12783044     +WELLS FARGO BANK,    111 SUTTER ST 2ND FLOOR,,    SAN FRANCISCO, CA 94104-4507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            EDI: QGHDAVIS.COM May 18 2011 00:18:00      Gerald H. Davis,    P.O. Box 121111,
               San Diego, CA 92112-1111
smg           EDI: EDD.COM May 18 2011 00:18:00      Employment Develop. Dept., State of CA,
               Bankruptcy Unit - MIC 92E,   P.O. Box 826880,    Sacramento, CA 94280
smg           EDI: CALTAX.COM May 18 2011 00:18:00      Franchise Tax Board,    Attn: Bankruptcy,
               P.O. Box 2952,    Sacramento, CA 95812-2952
ust           E-mail/Text: ustp.region15@usdoj.gov May 18 2011 00:29:49      United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA 92101-8511
12783028      EDI: CHASE.COM May 18 2011 00:18:00      PROVIDIAN FINANCIAL,    PO BOX 9180,,
               PLEASANTON, CA 94566
12783009     +E-mail/Text: BKNOTICES@EAFLLC.COM May 18 2011 00:50:35      EAF LLC,
               1120 W LAKE COOK RD. SUITE B,    BUFFALO GROVE,IL 60089-1970
12783011     +EDI: AMINFOFP.COM May 18 2011 00:18:00      FIRST PREMIER,    900 DELAWARE SUITE 7 TAPE ONLY,
               SIOUX FALLS SD 57104-0337
12783012     +EDI: AMINFOFP.COM May 18 2011 00:18:00      FIRST PREMIER BANK,    601 S MINNESOTA AVE,,
               SIOUX FALLS, SD 57104-4868
12783013      EDI: CHASE.COM May 18 2011 00:18:00      FIRST SELECT,    P.O. BOX 9104,,   PLEASANTON CA 94566
12783015     +EDI: RMSC.COM May 18 2011 00:18:00      GEMB/BANANA REP,    PO BOX 981400,,
               EL PASO, TX 79998-1400
12783016     +EDI: RMSC.COM May 18 2011 00:18:00      GEMB/CARE CREDIT-CHIRO,    PO BOX 276,,
               DAYTON, OH 45401-0276
12783019     +EDI: HFC.COM May 18 2011 00:18:00      HHLD BK,    1441 SCHILLING PLACE,   SALINAS CA 93901-4543
12783018      EDI: HFC.COM May 18 2011 00:18:00      HH BANK,    POB 98706,,   LAS VEGAS, NV 89193
12783022      EDI: HFC.COM May 18 2011 00:18:00      HSBC/BSBUY,    PO BOX 15519,,   WILMINGTON, DE 19850
12783020     +EDI: HFC.COM May 18 2011 00:18:00      HSBC BEST BUY,    1301 EAST TOWER RD,
               SCHAUMBURG,IL 60173-4331
12783021     +EDI: HFC.COM May 18 2011 00:18:00      HSBC NV,    1441 SCHILLING PL,,    SALINAS, CA 93901-4543
12783038     +EDI: RESURGENT.COM May 18 2011 00:18:00      SHERMAN ACQUISITION,,    P.O. BOX 10584,,
               GREENVILLE, SC 29603-0584
                                                                                               TOTAL: 17
```

```
District/off: 0974-3          User: rpaluso              Page 2 of 2                  Date Rcvd: May 17, 2011
                              Form ID: b9a               Total Noticed: 54

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12783005      CARE-CREDIT-CHIRO/GE,    PO BOX 276 MAIL CODE OH 3-4258C/O,     CARDHOLDER OPERA
smg*          United States Trustee,    Office of the U.S. Trustee,   402 West Broadway, Ste. 600,
               San Diego, CA   92101-8511
                                                                                     TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                    **Signature:**    _Joseph Speetjens_