CSD 1021 [10/22/10]
Name, Address, Telephone No. & I.D. No.

Order Entered on May 25, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Mario G Rodriguez**

BANKRUPTCY NO. **11-08146-MM7**

Debtor.

# ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's application, the court orders that the application be:

[X]  GRANTED.  This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver is unwarranted.

[ ]  DENIED.

IT IS FURTHER ORDERED THAT the debtor shall pay the fee in not more than two installment payments according to the following terms:

   a)   Within 10 days of entry of this order, pay to the Clerk $149.50 and

   b)   Not more than 30 days from entry of this order, pay to the Clerk the balance of $149.50.

Until the filing fee is paid in full, the debtor will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.  IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CHAPTER 7 CASE.

DATED: May 24, 2011

_/s/ Margaret M. Mann_
Judge, United States Bankruptcy Court

Form of payment: Please do not mail cash.  Money orders or certified checks only; personal checks of the debtor will not be accepted.
CSD 1021

```
                         United States Bankruptcy Court
                         Southern District of California
In re:                                                       Case No. 11-08146-MM
Mario G Rodriguez                                            Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0974-3          User: melimu              Page 1 of 1              Date Rcvd: May 25, 2011
                              Form ID: pdfO3            Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2011.
db           +Mario G Rodriguez,    891 Ash Ave.,    Chula Vista, CA 91911-1104
tr            Gerald H. Davis,    P.O. Box 121111,    San Diego, CA  92112-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustp.region15@usdoj.gov May 26 2011 00:13:50      United States Trustee,
               Office of the U.S. Trustee,   402 West Broadway, Suite 600,   San Diego, CA  92101-8511
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 27, 2011**                    **Signature:** _Joseph Speetjens_