Mario G Rodriguez
891 Ash Ave.
Chula Vista, CA 91911-1104
Telephone number: 619-852-8630

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

FILED
2011 JUN -1 PM 1:57
U.S. BANKRUPTCY CT.
SO. DIST. OF CALIF.

In Re

**Mario G Rodriguez**

Debtor.

Bankruptcy No.: **11-08146-MM7**

Chapter 7

## Motion for Extension of Time to File
## Schedules and Other Documents

The Debtor moves this Court as follows:

On May 17, 2011, the Debtor filed a voluntary chapter 7 petition in bankruptcy. The schedules, statement of financial affairs, payment advices, statement of current monthly income, and means test calculation are due on May 31, 2011. The Debtor will need an additional twenty (20) days to prepare and gather these documents because of the need to gather all the necessary information from new employer and creditors.

### 1. Background

Mario G. Rodriguez, the Debtor in this case is married and has two beautiful twin baby girls. He has been out of work due to illness for the past 2 years. In August, 2009 he was finally diagnosed with Lyme's Disease which had advanced to a serious level which rendered Debtor unable to work or function normally on a daily basis. Debtor has had numerous months of rehabilitation to learn the basic skills of everyday life including walking and talking.

Soon after he began to recover fully, Debtor and his wife were separated and Debtor was left with no assets and huge liability for medical bills and other debts. Debtor has been seeking employment since December, 2010. In May, 2011 he was hired by Pacific Coast Credit as a Sales Consultant making commission. Now that training is over and he begins to make more sales, he will be receiving a paycheck that will reflect his probable future income from this job. For this reason, Debtor requests this extension in order to provide the court with the most accurate and up to date income information available.

MOTION FOR EXTENSION OF TIME TO FILE    -1    BANKRUPTCY No.: 11-08146-MM7

### 2. Jurisdiction and Venue

This Court has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

### 3. BANKRUPTCY RULE 1007

Bankruptcy Rule 1007(c) ordinarily requires debtors file Schedules within fourteen (14) days from the Petition Date. For cause shown, however, a court may extend the time for filing schedules. Specifically, an extension of time may be granted to file schedules "on motion for cause shown and on notice to the United States Trustee and to an [official] committee . . ., trustee, examiner or other party as the court may direct."

Debtor has served this motion on the United States Trustee. It will require about twenty (20) days for Debtor to assemble the information needed to complete his Schedules. This requested extension is short and justified by the need for accurate income information from Debtor's new employment. Debtor believes that sufficient cause exists for this requested 20 day extension from May 31, 2011 to June 19, 2011.

### 4. Conclusion

For each of the foregoing reasons, Debtor prays this Court grant this motion and enter an order providing Debtor with a twenty (20) day extension of time within which to complete and file its Schedules, through and including June 19, 2011.

**WHEREFORE, the Debtor requests that this Court grant an extension of twenty (20) days, until JUNE 19, 2011, to prepare and file his schedules, statement of affairs, payment advices, statement of current monthly income, and means test calculation pursuant to Rule 1007(c) of the Federal Rules of Bankruptcy Procedure.**

Respectfully Submitted,

Date: May 31st 2011

By: _____
Mario G. Rodriguez, Pro Se

MOTION FOR EXTENSION OF TIME TO FILE   -2   BANKRUPTCY No.: 11-08146-MM7