NRO
09/08

# United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Mario G Rodriguez**
 891 Ash Ave.
Chula Vista, CA 91910
xxx–xx–0265
*Debtor Aliases:*  Mario Giancarlo Rodriguez

Case number:  11–08146–MM7
Chapter:  7
Judge  Margaret M. Mann

## Memo re Order: Request for further documentation or further action

Your proposed order **ORDER ON MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES & STATEMENTS** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **6/7/11**

via    ☐ Tel/Voice Mail    ☐ Email    ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**   **This motion requires service on the chapter 7 trustee so that a statement of position can be submitted by the trustee. Please serve the trustee with this motion and resubmit the order using an order template which can be found on the court's website.**

Dated: 6/7/11

Barry K. Lander
Clerk of the U.S. Bankruptcy Court