NRO
09/08

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101–6991

Telephone: 619–557–5620
Website: www.casb.uscourts.gov
Hours: 9:00am–4:00pm Monday–Friday

**Mario G Rodriguez**
891 Ash Ave.
Chula Vista, CA 91910
xxx–xx–0265
*Debtor Aliases:*  Mario Giancarlo Rodriguez

Case number:  11–08146–MM7
Chapter:  7
Judge  Margaret M. Mann

### Memo re Order: Request for further documentation or further action

Your proposed order **ORDER ON MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES & STATEMENTS** will not be signed as submitted.

**ACTION TAKEN BY COURT**

☑ Aty/Debtor(Pro Se)/Movant contacted on **6/7/11**

via     ☐ Tel/Voice Mail     ☐ Email     ☑ Mail or Other

**ACTION REQUIRED BY FILER**

Order will need to be resubmitted with any changes or after any required actions.

**ADDITIONAL INFORMATION:**   **This motion requires service on the chapter 7 trustee so that a statement of position can be submitted by the trustee. Please serve the trustee with this motion and resubmit the order using an order template which can be found on the court's website.**

Dated: 6/7/11

Barry K. Lander
Clerk of the U.S. Bankruptcy Court

```
                        United States Bankruptcy Court
                        Southern District of California
In re:                                                       Case No. 11-08146-MM
Mario G Rodriguez                                            Chapter 7
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0974-3          User: grobinson          Page 1 of 1          Date Rcvd: Jun 07, 2011
                              Form ID: nro             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 09, 2011.
db           +Mario G Rodriguez,    891 Ash Ave.,    Chula Vista, CA 91911-1104
tr            Gerald H. Davis,    P.O. Box 121111,    San Diego, CA  92112-1111

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           E-mail/Text: ustp.region15@usdoj.gov Jun 08 2011 00:19:44      United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Suite 600,    San Diego, CA  92101-8511
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 09, 2011**                     Signature:  _Joseph Speetjens_