Mario G Rodriguez
891 Ash Ave.
Chula Vista, CA 91911-1104
Telephone number: 619–852–8630

FILED
ENTERED
LODGED
RECEIVED

JUN 1 3 2011

CLERK, U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**Mario G Rodriguez**

                                    Debtor.

Bankruptcy No.: **11-08146-MM7**

### CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age; That on the 9th day of June 2011, I served a true copy of the within MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES AND STATEMENTS

[X ] by first class mail postage fully prepaid
[X] by email

on the following persons as marked below:

[ X ] Chpt. 7 Trustee:

Gerald H. Davis
P.O. Box 121111
San Diego, CA 92112-1111
Phone: (619) 400-9997
Email: davisatty@aol.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on June 9, 2011

_____
Salvatore B. D'Anna
3941 ¾ Kenwood Dr.
Spring Valley, CA 91977

**CERTIFICATE OF SERVICE ON CH. 7 TRUSTEE OF**

MOTION FOR EXTENSION OF TIME TO FILE    -1        BANKRUPTCY No.: 11-08146-MM7

1 fmm 08/96 cert